UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARBAJAL-TORRES, | No.  2:23-cv-0144 DB |
| Plaintiff, | |
| v. | ORDER |
| GLOBAL SECURITY MANAGEMENT AGENCY INC., | |
| Defendant. | |

    Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge.  See U.S.C. § 636(c).  Accordingly, this matter has been reassigned to the undersigned for all purposes.  (ECF No. 6.)  On June 20, 2023, the undersigned issued an order setting this matter for a Status (Pretrial Scheduling) Conference on August 25, 2023.  (ECF No. 7.)  Pursuant to that order defendant was to file a status report on or before August 18, 2023. Defendant, however, has not filed a timely status report.

    The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  Local Rule 110.  Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Local Rule 183(a).  In the interests of justice, the court will provide defendant with an

opportunity to show good cause for defendant's conduct along with a final opportunity to comply with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant show cause in writing within fourteen days of the date of this order for defendant's failure to file a timely status report;

2. The August 25, 2023 Status (Pretrial Scheduling) Conference is continued to **Friday, October 13, 2023, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned[1];

3. On or before **September 29, 2023**, defendant shall file a status report;

4. On or before **October 6, 2023**, plaintiff shall file an updated status report[2]; and

4. Defendant is cautioned that the failure to timely comply with this order may result in the imposition of an appropriate sanction.

DATED: August 22, 2023           /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Parties shall appear at the Status Conference either telephonically or over video conference through the Zoom application (which is free and must be downloaded to your computer or mobile device prior to the hearing). Parties proceeding in propria persona, on his or her own behalf, shall contact Shelly Her, the courtroom deputy of the undersigned magistrate judge at (916) 930-4128, no sooner than 4 days prior to the noticed or continued hearing date but no later than 48 hours prior to the hearing, to arrange their appearance either telephonically or over video conference. Counsel will receive an email containing the necessary appearance information and must notify the courtroom deputy no later than 48 hours prior to the hearing to elect to appear either telephonically or over video conference. The Zoom ID Number and password are confidential and are not to be given to anyone. Persons granted remote access to these proceedings, whether by Zoom or by telephone, are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

[2] Plaintiff is advised that plaintiff's status report filed August 9, 2023 does not comply with the court's order issued June 20, 2023. (ECF No. 7.) The parties shall ensure their status reports comply with the June 20, 2023 order.