UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARBAJAL-TORRES,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL SECURITY MANAGEMENT AGENCY INC.,<br><br>Defendant. | No. 2:23-cv-0144 DB<br><br>ORDER |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See U.S.C. § 636(c). Accordingly, this matter has been reassigned to the undersigned for all purposes. (ECF No. 6.) On October 13, 2023, the matter came before the court for a Status (Pretrial Scheduling) Conference. Attorney Ben Rothman appeared via Zoom on behalf of the plaintiff. And attorney Jamie Bossuat appeared via Zoom on behalf of the defendant. Plaintiff's counsel, however, experienced technical difficulties.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 13, 2023 Status (Pretrial Scheduling) Conference is continued to **Friday, January 12, 2024, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento,

////

////

1

California, in Courtroom No. 27, before the undersigned. <u>Counsel shall appear in person before the court.</u> Counsel shall also ensure they appear in professional attire consistent with the standards of a court appearance.

    3. On or before **December 29, 2023**, plaintiff shall file an updated status report;

    4. On or before **January 5, 2024**, defendant shall file an updated status report; and

    5. The parties are cautioned that the failure to comply with this order may result in the imposition of an appropriate sanction.

Dated: October 16, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.consent/torres0144.cont.ossc